
_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
January 29, 2021
_____

WILLIAM A. VAN METER, TRUSTEE
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada  89513
(775) 324-2500
c13ecf@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  15-51552-BTB |
| TIFFANI CHIARELLA, | Chapter 13 |
| Debtor. | **ORDER CONDITIONALLY DENYING TRUSTEE'S MOTION TO DISMISS** |
| / | Hearing Date: January 21, 2021<br>Hearing Time: 3:00 pm |

The Trustee having moved to dismiss the Debtor's Chapter 13 bankruptcy case for cause, and the Court having heard arguments and/or comments of the Trustee and/or Debtor's counsel, and having determined that the Trustee's Motion shall be denied subject to the Debtor complying with the following conditions:

The debtor shall be current with Plan payment by March 18, 2021, or the case shall automatically dismiss.

IT IS FURTHER ORDERED that, unless the Court orders otherwise, if the above conditions have not been satisfied within the specified time period, the Trustee may lodge an Order Dismissing Case without further notice and hearing.

Approved:

/S/TRICIA M. DARBY
TRICIA M. DARBY, ESQ.

TIFFANI CHIARELLA
Case # 15-51552-BTB
**ORDER CONDITIONALLY DENYING TRUSTEE'S MOTION TO DISMISS**

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____ The court waived the requirements set forth in L.R. 9021(b)(1)

_____ No party appeared at the hearing or filed an objection to the motion.

___X___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

TRICIA M. DARBY, ESQ.   ___X__   Approved _____ Disapproved _____Failed to Respond

_____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**Dated:** January 27, 2021

/S/ Kimberly Schneider
Kimberly Schneider
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###